**Opinion issued July 24, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00410-CR

———————————

**KATHY MARIE JIMENEZ-BLACK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 176th Criminal District Court of**
**Harris County, Texas**
**Trial Court Cause No. 1354941**

---

## MEMORANDUM OPINION

Appellant, Kathy Marie Jimenez-Black, has filed a motion to dismiss the appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).